UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Candace Barnes,

            Plaintiff,

v.

Collection Technology, Inc.,
Jane Doe a/k/a Brittany Adams and
John Doe a/k/a Blake Savage,

            Defendants.

Civil No. 10-752 JNE/FLN

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

    Plaintiff Candace Barnes, by and through her attorney of record, Mark L. Vavreck of Martineau, Gonko & Vavreck, and Defendant Collection Technology, Inc., by and through its attorney of record, Andrew D. Deutsch of Meagher & Geer, PLLP, hereby stipulate and agree that the above-referenced litigation may be dismissed with prejudice, the same being fully compromised and settled, each party to bear its own costs and attorneys' fees.

Dated this __18th__ day of January, 2011      MARTINEAU, GONKO & VARECK

                                                        By: __/s/Mark L. Vavreck__
                                                         Mark L. Vavreck (#0318619)
                                                         Designers Guild Building
                                                          401 North Third Street, Suite 600
                                                          Minneapolis, MN 55401
                                                          Telephone: (612) 659-9500
                                                          Facsimile: (612) 659-9220
                                                          Attorney for Plaintiff

Dated this 18th day of January, 2011      MEAGHER & GEER, PLLP

                                                         By: __/s/Andrew D. Deutsch__

Paula Weseman Theisen (#178950)
Andrew D. Deutsch (#353176)
33 South Sixth Street, Suite 4400
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384

Attorneys for Defendant Collection Technology, Inc.