UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Candace Barnes,

        Plaintiff,

v.

Collection Technology, Inc.,
Jane Doe a/k/a Brittany Adams and
John Doe a/k/a Blake Savage,

        Defendants.

Civil No. 10-752 JNE/FLN

**ORDER FOR DISMISSAL WITH PREJUDICE**

## ORDER FOR DISMISSAL

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 10) **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 19, 2011.        BY THE COURT:

                                        s/ Joan N. Ericksen
                                        Honorable Joan N. Ericksen
                                        United States District Judge